| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) RAGGI, REENA | 2. Court or Organization U.S. COURT OF APPEALS, 2nd CIR | 3. Date of Report 5/9/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) UNITED STATES CIRCUIT JUDGE | 5. Report Type (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address U.S. Court of Appeals U.S. Courthouse, Foley Square New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

RECEIVED May 13 11 08 AM '04 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| | | (Yours, not spouse's) |
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Annual | Self-employment income from legal and consulting practice |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | George Mason School of Law | June 2003 - New Haven, CT - Seminar - (Travel, Hotel and Meals) |
| 2. | New York Council of Defense Lawyers | October 2003 - Tarrytown, NY - Seminar - (Hotel, Meals) |
| 3. | George Washington Law School | February 2003 - Washington, DC - Moot court (Travel, Meals) |
| 4. | Harvard Law School | March 2003 - Cambridge, MA - Moot court (Travel, Hotel, Meals) |
| 5. | State Univ. Of NY at Stony Brook | May 2003 - Stony Brook, NY - Seminar (Travel, Meal) |

## V. GIFTS. (includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. CITIBANK ACCOUNTS | A | Interest | M | T | | | | | |
| 2. BROKERAGE ACCOUNT NO. 1: | | | | | | | | | |
| 3. - Money Market Fund | A | Interest | M | T | | | | | |
| 4. - Citigroup Common | C | Dividend | M | T | | | | | |
| 5. - Travelers Cl. A | A | Dividend | | | Donated | | | | |
| 6. - Travelers Cl. B | A | Dividend | | | Donated | | | | |
| 7. BROKERAGE ACCOUNT NO. 2: | | | | | | | | | |
| 8. - Money Market Fund | A | Interest | K | T | | | | | |
| 9. - Citigroup Common | C | Dividend | M | T | | | | | |
| 10. - Travelers Cl. A | A | Dividend | | | Donated | | | | |
| 11. - Travelers Cl. B | A | Dividend | | | Donated | | | | |
| 12. BROKERAGE ACCOUNT NO. 3: | | | | | | | | | |
| 13. - Money Market Fund | B | Interest | N | T | | | | | |
| 14. - Citigroup Common | D | Dividend | M | T | | | | | |
| 15. - Travelers Cl. A | A | Dividend | | | Donated | | | | |
| 16. - Travelers Cl. B | A | Dividend | J | T | | | | | |
| 17. - NYS Dorm. Auth. Zero Bonds | | None | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,000-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 5/9/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period<br>(1)<br>Amount Code 1 (A-H) | B.<br><br>(2)<br>Type (e.g. div. rent or int.) | C.<br>Gross value at end of reporting period<br>(1)<br>Value Code 2 (J-P) | C.<br><br>(2)<br>Value Method Code 3 (Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure<br>(2)<br>Date: Month - Day | (3)<br>Value Code 2 (J-P) | (4)<br>Gain Code 1 (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - NYC Gen. Obl. Zero Bonds | . | None | K | T | | | | | |
| 19. BROKERAGE ACCOUNT NO. 4: | | | | | | | | | |
| 20. - Money Market Fund | A | Interest | K | T | | | | | |
| 21. - DTE Energy Common | B | Dividend | K | T | | | | | |
| 22. IRA ACCOUNT NO. 1: | A | Interest | L | T | | | | | |
| 23. - Money Market Fund | | | | | | | | | |
| 24. - Treasury Zeroes | | | | | | | | | |
| 25. IRA ACCOUNT NO. 2: | A | Interest | M | T | | | | | |
| 26. - Money Market Fund | | | | | | | | | |
| 27. CITIGROUP 401K PLAN | A | Dividend | M | T | | | | | |
| 28. - Money Market Fund | | | | | | | | | |
| 29. - Citigroup Common Stock | | | | | | | | | See Section VIII. |
| 30. - Salomon Capital Fund | | | | | | | | | See Section VIII. |
| 31. NY College Savings Acct. R | B | Interest | K | T | | | | | |
| 32. NY College Savings Acct. D | B | Interest | K | T | | | | | |
| 33. Greenwich St. Employees Fund | C | Div. & Int. | L | U | | | | | |
| 34. Keogh Plan (Money Market) | A | Interest | K | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Section VII, lines 25-30:  Added underlying holdings not previously reported as individual assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date _May 9, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544